**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 04-1213**

―――――――――――

JANICE WRIGHT,

                                 Plaintiff - Appellant,

        versus

ARLINGTON COUNTY, VIRGINIA,

                                 Defendant - Appellee,

        and

ARLINGTON DEPARTMENT OF PARKS, RECREATION, &
COMMUNITY RESOURCES,

                                 Defendant.

―――――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Chief
District Judge. (CA-03-577)

―――――――――――

Submitted:  July 15, 2004          Decided:  July 20, 2004

―――――――――――

Before MOTZ, KING, and GREGORY, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Janice Wright, Appellant Pro Se.  Stephen Alexander MacIsaac, James
Edward Fagan, III, OFFICE OF THE COUNTY ATTORNEY, Arlington,
Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Janice Wright appeals the district court's order dismissing on summary judgment her claims of gender discrimination and a hostile work environment pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e to 2000e-17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wright v. Arlington County, No. CA-03-577 (E.D. Va. Jan. 16, 2004). We also deny Wright's motions to vacate the district court's order and to supplement the record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED